**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joel Alan Leno, | ) No. CV-06-807-PHX-SMM (JCG) |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| Joseph Arpaio, et al. | ) |
| | ) |
| Defendants. | ) |

It appearing to the Court that Defendant Pezzelle's Motion to Dismiss and Motion for Summary Judgment (Doc. No. 16) is ready for the Court's consideration,

**IT IS ORDERED** withdrawing the reference of this case to the Magistrate Judge as to  Defendant Pezzelle's Motion to Dismiss and Motion for Summary Judgment (Doc. No. 16).   All other matters shall remain with Magistrate Judge Guerin for disposition as appropriate.

DATED this 28th day of June, 2007.


Stephen M. McNamee
United States District Judge